EDWARD N. JOHNSTON and ROBERT C. CUTTING, Respondents, v. CHARLES S. PAYSON and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STANDARD OIL COMPANY OF NEW YORK, Appellant, v. CHRISTIAN WOLLERSEN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FLORENCE K. FLEMING, Respondent, v. JAC- LESSMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAY V. SAUNDERS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Townley, J., dissent and vote for reversal and a new trial on the ground of prejudicial error in the charge.

WALTER J. STONE, INC., Respondent, v. THE PROVIDENT LOAN SOCIETY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

S. SHELDON MEYERS, Respondent, v. CREDIT LYONNAIS, Appellant.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Garrison v. Newman (222 App. Div. 498). Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE GOLDSMITH, Respondent, v. NEELAR REALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LYDA F. CURRY, Respondent, v. HENRY W. FARNUM and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of West Two Hundred and Twenty-ninth Street, from Heath Avenue to Sedgwick Avenue, in the Borough of The Bronx, City of New York.†— Final decree so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for reversal. [135 Misc. 710.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM BURLAKOFF, Appellant.— Judgment modified by reducing sentence to time already served by the defendant and as so modified affirmed, without costs. No opinion. Present —Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JENNIE MLOTKOWSKI, an Infant, by MICHALINE MLOTKOWSKI, Her Guardian ad Litem, and IGNATIUS MLOTKOWSKI, Respondents, v. RAY CINNAMON and RAY KUFELD, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY E. BEEBE, Respondent, v. SABINA M. BEEBE, Appellant, Impleaded with Another.— Order modified by granting plaintiff's motion to strike out the fourth

---

* Revd., 259 N. Y. 399.　　　　　† Affd., 259 N. Y. 647.